ACCEPTED
03-14-00617-CR
4243543
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 10:28:15 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00617-CR

| | | |
|---|---|---|
| **NATHANIEL PAUL FOX** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 10:28:15 AM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted by a grand jury on March 13, 2013 for the charges of Murder and Aggravated Assault of a Family or Household Member with a Deadly Weapon in CR2013-091. Appellant filed his brief on January 22, 2015. The State's brief is currently due on February 23, 2015.

### II.

I am handling the appeal for the State in this case. On January 26, 2015, I filed a brief in cause number 03-14-00584-CR. Around February 9, 2015, I filed a State's Supplemental Memorandum and findings of fact and conclusions of law related to a habeas hearing in CR2010-417. I prepared proposed findings of fact and conclusions of law for the District Court related to a writ of habeas corpus in

1

cause numbers CR2013-593 and -594, which I submitted around February 17, 2015. I appeared in Court for another habeas corpus hearing related to CR2012-428 on February 19, 2015. I submitted a brief in appellate cause number 07-15-00025-CV on February 20, 2015. Additionally, I have assisted other attorneys in the office by researching various issues that have arisen in their trials and appeals. While I have reviewed and begun researching Appellant's brief, I have not yet been able to complete a significant amount of work on a response, and respectfully request an extension of 30 days to file the State's brief in the instant cause. This is the first extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until March 25, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant NATHANIEL PAUL FOX's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus PLLC
401 Main Plaza, Suite 200
New Braunfels, TX  78130
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 23rd day of February, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3